District Court

3:23-CV-43-RLY-MPB

**Plaintiff**
Anthony Ray Burris

v.

**Defendants**
Vanderburgh County Deputy Fentress
2 Unknown named Vanderburgh County Deputies
Vanderburgh County Sheriff Department
The City of Evansville Indiana

## Complaint

Civil Action No. _____

## I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of The United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a) (3). Plaintiff Anthony Burris seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and rule 65 of the Federal rules of civil procedures.

2. The Southern District of Indiana is an appropriate venue [under] Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

## II Plaintiffs

3. Plaintiff, Anthony Ray Burris Sr, is and was at all times mentioned herein a inmate of the Vanderburgh County Confinement Center in the custody of the Vanderburgh County Sheriffs Department. He is currently confined in Evansville Indiana.

## III Defendants

4. Defendant Fentress is a Deputy of The Vanderburgh County Sheriffs Department

Defendants 2 unknown named Duputies of the Vanderburgh County Sheriffs Department

Defendant Vanderburgh County Sheriffs Department

Defendant The City of Evansville Indiana

Each defendant is sued individually and in his [offi]cial capacity. At all times mentioned in this complaint, [eac]h defendant acted under the color of state law.

## IV. Facts,

6.# On October-4th-2022 at approx. 11:30 A.m The Vanderburgh County Sheriff Deputy Fentress and 2 other unknown named Deputies maliciously arrested me.

7.# When arriving at 2663 W. Iowa St. with No arrest warrant or exigent circumstances. Deputy Fentress was acting on mere suspicion for a Theft report from Lowes Hardware Store that he recieved on September-27-2022.

8.# Upon arrival Deputy Fentress speaks with home owner Bailey B. Scott outside of the dwelling. She informs Deputy Fentress that I (Anthony Burris) am inside the dwelling and that I was asleep. Never giving any permission to enter the dwelling.

9.# After speaking with the home owner Deputy Fentress makes his way down the side of the dwelling looking through the windows. Deputy Fentress gains visual of me through the bedroom window asleep.

10.# After retriving the small house dog from the dwelling, The Vanderburgh County Sheriff Department made the decision to turn the Canine loose into the dwelling.

11.# I (Anthony Burris) laid there asleep and defenseless. As the Sheriff's Department watched through the window. The Canine made its way through the dwelling. Finding me still laying in bed asleep. The Canine began to viciously attack me.

12.# While being attacked by the Canine Deputy Fentress and one of the unknown named Deputies held me at gun point. Clearly viewing my hands and that I had no weapons. Making me lay down while the canine continued to attack me.

13.# I am asking them to have the canine retreat. They refuse. Forcing me to lay down creating the bites and injuries on my upper left forearm. While I am laying on the ground Deputy Fentress gets on my back. He begins to handcuff me, and thats when the canine is finally removed and the canine attack is stopped.

pg 5/

14.# I am then placed in a patrol car transferred to Deaconess Mid-Town Hospital. While at the Hospital Deputy Fentress says numerous times that he clearly viewed me through the window asleep. He even states "After we got the little dog out of the home that you was sleeping with we decide to put the Canine into dwelling."

15.# Eventually Deputy Fentress begins to question me. Several minutes later. Do to the severity of my injuries and medication given to me at the hospital. I'm not sure if or when Miranda Rights were advised to me. After being treated for my injuries I am transferred to the Vanderburgh County Jail.

16.# Body cams worn by all Deputies, Detectives on 10-4-202_
Medical Records from Deaconess Mid-Town Hospital Evansville Indiana
Vanderburgh County Jail Medical Records on file from 10-4-2022.

17.# Injuries Sustained from Canine Attack are as followed
1.) Permanent scaring on my right knee
2.) Permanent scaring on my right thigh
3.) Permanent scaring on my ~~right~~ upper inner Left Thigh
4.) Permanent scaring on my upper left side going across my stomach

18.# 5.) My upper right side of my chest
6.) Permanent scaring on right forearm (causing me to recieve stitches)
7.) Permanent scaring on my top left forearm causing numbness in my left index-finger and thumb, constent pain and stitches.
8.) Emotional Distress
9.) Several Puncture Wounds across my body

## V. Legal Claims

19.# Excessive Force, Warrantless Arrest, Unlawful Arrest, Malicious Arrest, Police Brutality. Violated Plaintiff Anthony Burr's rights and constituted unreasonal search and seizure under the Fourth Amendment of the United States Constitution and The Indiana Bill of Rights Article 1 Section 11
Fifth Amendment of the United States ~~Contin~~ Constituti

20.# The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described here in Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relie which plaintiff seeks.

# VI. Prayer For Relief.

Wherefore, Plaintiff respectfully prays that this court enter Judgement granting plaintiff:

21.# A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States, and the Constitution and laws of the State of Indiana

22.# A preliminary and permanent injunction ordering defendants Deputy Fentress, 2 unknown named Deputies of The Vanderburgh County Sheriffs Department. To stop using excessive force to achieve lawful goals, and respect the Constitutional rights of Citizens

23.# Punitive damages in the amount of
$75,000 Deptuy Fentress
$50,000 each 2 Unknown named Deputies
$200,000 Vanderburgh County Sheriffs Department
$200,000 The City of Evansville Indiana.

24.# A jury trial on all issues triable by jury.

25.# Plaintiffs cost in this suit.

26.# Any additional relief this court deems just, proper, and equitable.

Dated: March-15th-2023

Respectfully submitted
Anthony Ray Burris Sr.
3500 N. Harlan Ave.
Evansville Indiana 47711

Verification

    I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

    Excuted at Evansville Indiana on March-15th of 2023.

/s/ *Anthony Ray Burris Sr.*
Anthony Ray Burris Sr.