UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANTHONY RAY BURRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00043-RLY-CSW |
| | ) |
| FENTRESS, | ) |
| | ) |
| Defendant. | ) |

**Order Granting Motion for Issuance of Subpoena**

Plaintiff's motion asking the Court to issue a subpoena, Dkt. [25], is **granted**. Plaintiff is responsible for completing and serving the subpoena.

The **clerk is directed** to enclose an endorsed, but otherwise blank, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Plaintiff's copy of this Order.

**IT IS SO ORDERED.**

Date: November 16, 2023

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

ANTHONY RAY BURRIS
960021
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Inmate Mail/Parcels
727 MOON ROAD
PLAINFIELD, IN 46168

Craig R. Emig
JONES WALLACE LLC
cemig@joneswallace.com

David L. Jones
JONES WALLACE, LLC
djones@joneswallace.com